UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. CONRADY,<br>Petitioner,<br>v.<br>PATRICIA BRADLEY,<br>Respondent. | Case No. CV 20-10561-JWH (MAR)<br><br>ORDER TO SHOW CAUSE |

On November 9, 2020, Petitioner constructively filed[1] a Petition for Writ of Habeas Corpus by a Person in Federal Custody. ECF Docket No. ("Dkt") 1. On January 19, 2021, the Court issued an Order requiring an Answer/Return to the Petition be filed not later than March 16, 2021. Dkt. 5. On March 12, 2021, Respondent requested an Extension of Time to file an Answer, which the Court granted, extending the filing deadline to April 16, 2021. Dkts. 6, 7. As of this date, Respondent has not complied with the January 19, 2021 Order.

Accordingly, Respondent is ORDERED TO SHOW CAUSE in writing, **on or before May 20, 2021**, why Respondent has failed to file an Answer. Respondent is

---

[1] Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010).

cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

Dated: May 6, 2021

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge