JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. CONRADY,<br><br>          Petitioner,<br><br>    v.<br><br>PATRICIA BRADLEY,<br><br>          Respondent. | Case No. 2:20-cv-10561-JWH (MAR)<br><br>**JUDGMENT** |

1 | Pursuant to the Order Accepting Findings and Recommendation of United
2 | States Magistrate Judge,
3 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is
4 | **DISMISSED with prejudice**.
5 | **IT IS SO ORDERED.**
6 |
7 | Dated: March 14, 2025
8 | Honorable John W. Holcomb
  | UNITED STATES DISTRICT JUDGE